Sylvester E. HARDING, III,
Plaintiff–Appellant,

v.

Eric K. SHINSEKI, Secretary Department of Veteran Affairs [Agency]; John C. Weaver, Staff Attorney Department of Veteran Affairs; Karen Clarkson, Assistant Chief of Human Resources; Allison Brown, Police Office Fayetteville Police Department; Robert Hicks, Assistant District Attorney, Defendants–Appellees.

No. 12–8150.

United States Court of Appeals, Fourth Circuit.

Submitted: May 23, 2013.

Decided: May 28, 2013.

Sylvester E. Harding, III, Appellant Pro Se.

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sylvester E. Harding, III, appeals the district court's orders dismissing his 42

U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006) and denying his Fed.R.Civ.P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Harding v. Shinseki,* No. 5:12–ct–03095–F (E.D.N.C. Oct. 30, 2012; Dec. 11, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*